■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND ABBOTT, Appellant. [664 NYS2d 730] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Dounias, J.), rendered October 24, 1994, convicting him of burglary in the second degree, petit larceny, and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was

legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Rosenblatt, Goldstein and Luciano, JJ., concur.